UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. BRUNNER, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No. 19-cv-04808-VC<br><br>**JUDGMENT** |

   Judgment is entered in accordance with the order granting the motion to compel arbitration and dismissing this case without prejudice. *See* Dkt. No. 34. The Clerk of Court is directed to close the case.

   **IT IS SO ORDERED.**

   Dated: November 15, 2019

_____
VINCE CHHABRIA
United States District Judge